WILLIAM W. MCCARTHY et al., Respondents, *v.* SANTA CLARA LUMBER COMPANY, Appellant.

*Nuisance — owner of sawmill restrained from operating so as to throw soot and cinders on adjacent premises.*

*McCarthy* v. *Santa Clara Lumber Co.*, 212 App. Div. 844, affirmed. (Argued October 22, 1925; decided November 24, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 14, 1925, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury. The action was to enjoin the defendant from so operating its saw and rossing mill in the village of Tupper Lake as to throw soot and cinders upon adjacent property belonging to the plaintiffs.

*Arthur E. Rose* for appellant.

*George J. Moore* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, ANDREWS and LEHMAN, JJ. Not voting: MCLAUGHLIN, J. Absent: CRANE, J.